UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| VANGELEAN URBANSKI,       ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| v.                    ) | CIVIL NO. 3:07cv17 |
| ) | |
| TECH DATA,             ) | |
| ) | |
| Defendant.         ) | |

OPINION AND ORDER

This matter is before the court on a "Motion to Correct Error" filed by the plaintiff, Vangelean Urbanski ("Urbanski") on January 28, 2008.  For the following reasons, the motion will be denied.

Discussion

On January 11, 2008, this court entered an order granting Tech Data's motion to dismiss and granting Tech Data's motion to strike Urbanski's motion for judgment on the pleadings. This order effectively terminated Urbanski's case.   A Clerk's Entry of Judgment was entered on this same date, formalizing and finalizing the court's decision, and stating unconditionally that "IT IS ORDERED AND ADJUDGED that this case is DISMISSED".

Nevertheless, on January 25, 2008, Urbanski filed a further brief in support of her motion for judgment on the pleadings.  On January 28, Urbanski filed a "motion to correct errors" requesting to correct a sentence on page 39 of her January 25 filing.  Also on January 28, Urbanski filed two additional briefs in support of her motion for judgment on the pleadings.

As this court noted in its order dated January 11, 2008, Urbanski's complaint has failed to state a claim and there is no basis for Urbanski's attempted motion for judgment on the

pleadings. As Tech Data's motion to dismiss has been granted, this case is closed, and Urbanski has no claims pending before the court. Thus, Urbanski's current filings are immaterial and inappropriate.

## Conclusion

On the basis of the foregoing, Urbanski's "Motion to Correct Errors" is hereby DENIED.

Entered: March 4, 2008.

s/ William C. Lee
William C. Lee, Judge
United States District Court
